JAMES LEACH
INMATE COMPLAINANT
SARASOTA CO. JAIL                                          JULY 4, 2017


FLORIDA BAR
4200 GEORGE J. BEAN PKWY.
STE 2580
TAMPA, FL 33607

                                      RE: PETER COEN ASSISTANT REGIONAL
                                           COUNSEL, MAIN ST. SARASOTA, FL.

DEAR MS. TUPLE:

1) PLEASE PERMIT ME TO EXPAND ON THE INITIAL COMPLAINT AGAINST PETER COEN, FILED ON JUNE 27, 2017. SEE INFRA.

2) THE COURT APPOINTED MR. COEN TO MY CASE (2017 MM 2439) ON MARCH 28, 2017. THE CHARGES ARE DWLS, OBSTRUCTION.

3) SINCE THAT TIME, MR. COEN HAS MISREPRESENTED TO ME MATTERS OF LAW, INVESTIGATIVE PRACTICES, AND HIS ABILITIES TO HANDLE A TRAFFIC DWLS AT TRIAL, WHICH I INSISTED ON.

4) FOLLOWING PRE-TRIAL CONFERENCE ON MAY 23, 2017, I PROVIDED MR. COEN THE PHONE # AND ADDRESS OF MARIE WEATHERWALKS. SHE IS A CRITICAL AND MATERIAL WITNESS IN MY CASE. HER STATEMENT NOT ONLY APPEARS IN THE STATE'S DISCOVERY EXHIBIT, SHE HAS KNOWLEDGE TO DIRECTLY CONTRADICT THE PROBABLE CAUSE FOR MY ARREST. IT IS NO WONDER THE STATE SHOWS NO INTEREST IN CALLING MS. WEATHERWALKS TO TRIAL.

5) MR. COEN LOST MS. WEATHERWALK'S PHONE # (2) TWO TIMES. AFTER THE THIRD TIME, HE TOLD ME HE WOULD

                                                                        A1